UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

GLASS, LEWIS & CO., LLC,                         )
                                                 )
                    Plaintiff,                   )
                                                 )
            v.                                   )      No. 1:26-cv-00862-MPB-MKK
                                                 )
TODD ROKITA, in his official capacity as the     )
Attorney General of the State of Indiana,        )
                                                 )
                    Defendant.                   )

## PRELIMINARY INJUNCTION

Today, the Court finds that Plaintiff Glass, Lewis & Co., LLC has a reasonable likelihood of succeeding on the merits of its claim that Defendant Todd Rokita, in his official capacity as the Indiana Attorney General, will violate Plaintiff's First Amendment rights by enforcing H.B. 1273.

Accordingly, the Court **ISSUES A PRELIMINARY INJUNCTION ordering** that Defendant, and his successors, agents, employees, and all persons acting under his direction or control, is prohibited from enforcing H.B. 1273 against Plaintiff. This prohibition includes any intervention in a private right of action under H.B. 1273 § 12(c). The injunction shall last until this case has been fully resolved.

The Court waives the security requirement of Rule 65(c) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  June 26, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.